**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cynthia Marie Gerlach** | Social Security number or ITIN   **xxx–xx–4952** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **17–08566**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cynthia Marie Gerlach
aka Cyndi M. Gerlach

June 28, 2017

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-08566-LAH
Cynthia Marie Gerlach                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams            Page 1 of 2                  Date Rcvd: Jun 28, 2017
                              Form ID: 318               Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
```
db             +Cynthia Marie Gerlach,    89 Indianwood Dr.,    Thornton, IL 60476-1150
25504864       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
25454269       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
25454270       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
25454277       +Midland Funding,    2365 Northside Dr.,    San Diego, CA 92108-2709
25454276       +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
25454279       +Ocwen Loan Servicing, Llc,    12650 Ingenuity Dr.,    Orlando, FL 32826-2703
25454287       +Westgate Resorts Foundation,    5601 Windhover Dr.,    Orlando, FL 32819-7936
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QNNREID.COM Jun 28 2017 23:43:00      N. Neville Reid,    Fox, Swibel, Levin & Carroll, LLP,
                 200 W. Madison Street,    Suite 3000,    Chicago, IL 60606-3417
25454255       +EDI: AFNIRECOVERY.COM Jun 28 2017 23:43:00      Afni,    Po Box 3097,
                 Bloomington, IL 61702-3097
25454254       +EDI: AFNIRECOVERY.COM Jun 28 2017 23:43:00      Afni,    Po Box 3427,
                 Bloomington, IL 61702-3427
25454257       +EDI: PHINAMERI.COM Jun 28 2017 23:43:00      AmeriCredit/GM Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
25454256       +EDI: PHINAMERI.COM Jun 28 2017 23:43:00      AmeriCredit/GM Financial,    Po Box 183853,
                 Arlington, TX 76096-3853
25454258       +E-mail/Text: bk@blittandgaines.com Jun 29 2017 00:07:23       Blitt & Gaines, P.C.,
                 661 W. Glenn Ave.,    Wheeling, IL 60090-6017
25454262        EDI: CAPITALONE.COM Jun 28 2017 23:43:00      Capital One,    15000 Capital One Dr.,
                 Richmond, VA 23238
25454259       +E-mail/Text: bankruptcy@cavps.com Jun 29 2017 00:08:18       Calvary Portfolio Services,
                 500 Summit Lake,    Suite 400,    Valhalla, NY 10595-2322
25454260       +E-mail/Text: bankruptcy@cavps.com Jun 29 2017 00:08:18       Calvary Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285-7288
25454261       +EDI: CAPITALONE.COM Jun 28 2017 23:43:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
25454263       +EDI: CHASE.COM Jun 28 2017 23:43:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
25454264       +EDI: WFNNB.COM Jun 28 2017 23:43:00      Comenity Bank/Carsons,    Po Box 182125,
                 Columbus, OH 43218-2125
25454265       +EDI: WFNNB.COM Jun 28 2017 23:43:00      Comenity Bank/Carsons,    3100 Easton Square Pl.,
                 Columbus, OH 43219-6232
25454266        EDI: IRS.COM Jun 28 2017 23:43:00      Department of the Treasury,    Internal Revenue Service,
                 Po Box 7346,    Philadelphia, PA 19101-7346
25454268       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 00:07:24       Ditech,    Po Box 6172,
                 Rapid City, SD 57709-6172
25454267       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 29 2017 00:07:24       Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
25454271       +E-mail/Text: bankruptcy@firstelectronicbankusa.com Jun 29 2017 00:09:29
                 First Electronic Bank,    2150 S 1300 E,    Suite 400,    Salt Lake City, UT 84106-4336
25454272        E-mail/Text: rev.bankruptcy@illinois.gov Jun 29 2017 00:07:52
                 Illinois Department of Revenue,    Bankruptcy Section,    Po Box 64338,    Chicago, IL 60664-0338
25454273        EDI: JEFFERSONCAP.COM Jun 28 2017 23:43:00      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd.,    Saint Cloud, MN 56303
25454274       +EDI: CBSKOHLS.COM Jun 28 2017 23:43:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
25454275       +EDI: CBSKOHLS.COM Jun 28 2017 23:43:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr.,
                 Menomonee Falls, WI 53051-5660
25454278       +Fax: 407-737-5634 Jun 29 2017 02:12:51      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd., Suite 100,    West Palm Bch, FL 33409-6493
25454280        EDI: PRA.COM Jun 28 2017 23:43:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
25454282        EDI: PRA.COM Jun 28 2017 23:43:00      Portfolio Recovery Associates,    120 Corporate Blvd.,
                 Norfolk, VA 23502
25454763       +EDI: RMSC.COM Jun 28 2017 23:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
25454283       +EDI: RMSC.COM Jun 28 2017 23:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
25454284       +EDI: RMSC.COM Jun 28 2017 23:43:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
25454286       +EDI: WTRRNBANK.COM Jun 28 2017 23:43:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
25454285       +EDI: WTRRNBANK.COM Jun 28 2017 23:43:00      Target,    c/o Financial & Retail Srvs,
                 Mailstopn BT Po Box 9475,    Minneapolis, MN 55440-9475
                                                                                               TOTAL: 29
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: dwilliams           Page 2 of 2              Date Rcvd: Jun 28, 2017
                              Form ID: 318              Total Noticed: 37

25454281     ##+Portfolio Recovery,     287 Independence,    Virginia Beach, VA 23462-2962
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                            Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:
              Joseph S Davidson    on behalf of Debtor 1 Cynthia Marie Gerlach jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              N. Neville Reid    nreid@foxswibel.com,    nreid@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3